**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
D. AARON BROCK, STATE BAR NO. 241919
ab@brockgonzales.com
CHRISTOPHER P. BRANDES, STATE BAR NO. 282801
cb@brockgonzales.com
LINDSAY L. BOWDEN, STATE BAR NO. 318685
lb@brockgonzales.com

**Attorneys for Plaintiff**
DAVID BRADFORD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRADFORD, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RECOVERY INNOVATIONS, INC. an Arizona corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | **Case No.: 5:20-CV-00990 JGB (SPx)**<br>Judge: Hon. Jesus G. Bernal<br>Magistrate: Hon. Sheri Pym<br>Ctrm: 1<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

///
///
///
///
///
///
///

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff **DAVID BRADFORD** ("Plaintiff") and Defendants **RECOVERY INNOVATIONS, INC.** ("Defendants") have reached a settlement as to the entire case. Plaintiff hereby respectfully requests 45 days in which to file the dismissal and further requests that the Court vacate and stay all currently pending hearings and related dates in this matter.

DATED: May 26, 2021                     BROCK & GONZALES, LLP

By: _____

D. AARON BROCK
CHRISTOPHER P. BRANDES
LINDSAY L. BOWDEN
Attorneys for Plaintiff

# PROOF OF SERVICE
## UNITED STATES DISTRICT COURT

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6701 Center Drive West, Ste. 610, Los Angeles, CA 90045.

On May 26, 2021, I served the foregoing document described as **NOTICE OF SETTLEMENT OF ENTIRE CASE** on the interested parties in this action, addressed as follows:

Diana M. Estrada, Esq.
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 S. Flower Street, Suite 2900
Los Angeles, CA 90071
Emails: diana.estrada@wilsonelser.com; michelle.kang@wilsonelser.com
*Attorneys for Defendant, RECOVERY INNOVATIONS, INC.*

☒ **ONLY BY ELECTRONIC TRANSMISSION**. Only by e-mailing the document(s) to the persons at the e-mail address(es) listed based on notice provided on **March 18, 2020** that, during the Coronavirus (Covid-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☐ **By U.S. Mail**, I deposited such envelope(s) in the mail at Los Angeles, California, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **By Personal Service**, I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on May 26, 2021, at Los Angeles, California.

_____
Sylvia Esparza